IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SIPCO, LLC,

    Plaintiff,

v.

CONTROL4 CORPORATION, et al,

    Defendants.

CIVIL ACTION NO.

1:11-cv-612-JEC

### ORDER

On February 16, 2012, this Court issued an Order [220] granting the parties' Joint Motion for Entry of Proposed Scheduling Order [166]. The deadline for any motions for summary judgment was December 10, 2012, and the deadline for the filing of the proposed consolidated pretrial order was February 7, 2013. These deadlines have passed, and neither have been filed.

Many of the parties in this case have settled, but it appears that claims remain pending between plaintiff SIPCO, LLC and defendant Schneider Electric Buildings, LLC.[1] These parties are **DIRECTED** to advise of the status of the case within fourteen (14) days. The Court further **DIRECTS** the Clerk to terminate defendant Siemens

---

[1] The Court notes that defendant Schneider Electric Buildings, LLC was included in the Joint Notice of Settlement [248], however, they were not included in the Stipulation of Dismissal [251].

AO 72A
(Rev.8/82)

Industry, Inc., as it was dismissed from this action on February 16, 2012 [220].

    SO ORDERED, this 12th day of JUNE, 2013.

                                        <u>/s/ Julie E. Carnes</u>
                                        JULIE E. CARNES
                                        CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)